# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TERRY PROCTOR                                                                                    PLAINTIFF
ADC #87410

V.                                  NO: 5:09CV00084 SWW

JOHN SPEARS *et al.*                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of August, 2009.


                                                                /s/Susan Webber Wright
                                                              UNITED STATES DISTRICT JUDGE